UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CV-62324-XXXX

UNITED STATES OF AMERICA,

    Petitioner,

vs.

DOUGLAS F. MARTIN,

    Respondent.

_____/

## PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

    The United States of America, by its attorney, Markenzy Lapointe, United States Attorney in and for the Southern District of Florida, hereby petitions the Court for enforcement of an Internal Revenue Service summons, and avers to this Court as follows:

I

    This proceeding for enforcement of an Internal Revenue Service summons is brought pursuant to Sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986 (26 U.S.C.).  This Court has jurisdiction of this action pursuant to 26 U.S.C. Sections 7402(b) and 7604(a), and 28 U.S.C. Sections 1340 and 1345.

II

Stephanie Reale is a Revenue Officer employed in the Small Business\Self-Employed Division, South Atlantic Area of the Internal Revenue Service in West Palm Beach, Florida. A Revenue Officer is authorized to issue Internal Revenue Service summonses pursuant to the authority contained in 26 U.S.C. Section 7602.

III

The Respondent is Douglas F. Martin (hereafter Respondent), with an address of 832 Ocean Inlet Drive, Boynton Beach, Florida 33435, which is within the Southern District of Florida and jurisdiction of this Court.

IV

Revenue Officer Reale is conducting an investigation for the purpose of determining the possible Federal Income Tax liabilities (Form 1040) of the Respondent, for taxable years ending December 31, 2019, December 31, 2020, and December 31, 2021, as is set forth in the declaration of Revenue Officer Reale, attached hereto and incorporated herein as Exhibit A.

V

As part of the investigation on February 15, 2023, Revenue Officer Reale issued Internal Revenue Service summons Form 6638 to the Respondent, directing him to appear before the Revenue Officer on March 15, 2023, to give testimony and to produce for examination certain books, records, papers or other data, as described in said summons. On February 15, 2023, Revenue Officer Reale served the Respondent by leaving an attested copy of the summons for the Respondent at his last and usual place of abode. The summons is attached to the Revenue Officer's declaration as Exhibit A-1 and incorporated herein.

VI

On March 15, 2023, the Respondent did not appear and has failed to provide any of the summoned information.

VII

Information, books, records, papers, and other data, which may be relevant and material to the investigation, are in the possession, custody or control of the Respondent.

VIII

The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service.

IX

It is necessary and relevant to obtain the testimony and to examine the books, records, papers, or other data sought by the summons for the purpose of determining the possible Federal Income Tax liabilities (Form 1040) of the Respondent, for taxable years ending December 31, 2019, December 31, 2020, and December 31, 2021.

X

A Justice Department referral, as defined by Section 7602(d)(2) of the Internal Revenue Code of 1986 (26 U.S.C.), is not in effect with respect to the Respondent for the tax period under investigation.

XI

All administrative steps as required by the Internal Revenue Code for the issuance of the summons have been followed.

WHEREFORE, the Petitioner respectfully prays:

1. That this Court enter an order directing Respondent, Douglas F. Martin, to show cause, if any, why he should not comply with, and obey, the aforementioned summons in each and every requirement thereof; and

2. That the Court enter an order directing Respondent Douglas F. Martin to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer Reale or any other proper officer or employee of the Internal Revenue Service; and

3. That this Court further order that Petitioner be given thirty days (30) from the date of the Order within which to serve Respondent with the same; and

4. That the United States recover its costs in maintaining this action; and

5. That this Court grants such other and further relief as is just and proper.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:    */s/ Steven R. Petri*
STEVEN R. PETRI
Fed. Bar No. A5500048
Assistant United States Attorney
United States Attorney's Office
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Email: steve.petri@usdoj.gov
Tel.: (954)660-5799
Fax: (954)356-7180