```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                   CIVIL DIVISION
```

UNITED STATES OF AMERICA,

    Petitioner,

vs.

DOUGLAS F. MARTIN,

    Respondent.

_____/

```
        DECLARATION OF STEPHANIE REALE,
   REVENUE OFFICER, INTERNAL REVENUE SERVICE
```

I, Stephanie Reale, hereby declare as follows:

1. I am a duly commissioned revenue officer of the Internal Revenue Service employed in the Small Business/Self-Employed Division, South Atlantic Area, West Palm Beach, Florida. As a revenue officer I am authorized to issue Internal Revenue summonses pursuant to the authority contained in 26 U.S.C. Section 7602.

2. In my capacity as a revenue officer, I am conducting an investigation into the possible Federal income tax liabilities (Form 1040) of Douglas F. Martin for tax years ending December 31, 2019, December 31, 2020 and December 31, 2021.

3. As part of the investigation, on February 15, 2023, I issued an administrative summons (Form 6638) to Douglas F.



GOVERNMENT EXHIBIT A

Martin, directing him to appear before me on March 15, 2023, to give testimony and to produce for examination certain books, records, papers or other data, as described in said summons.

    4.   On February 15, 2023, I left an attested copy of the summons to the respondent at his last and usual place of abode. Service of the summons is evidenced by the Certificate of Service on the reverse side of the summons.  A copy of the summons is attached hereto and incorporated herein as Exhibit A.

    5.   On March 15, 2023, the respondent failed to appear. The respondent's refusal to comply with the summons continues to the date of this declaration.

    6.   Information, books, records, papers, and other data which may be relevant and material to the investigation are in the possession, custody or control of the respondent.

    7.   The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

    8.   It is necessary and relevant to obtain the testimony and to examine the books, records, papers, or other data sought by the summons, in order to complete the investigation into the possible Federal income tax liabilities (Form 1040) of Douglas F. Martin for tax years ending December 31, 2019, December 31, 2020 and December 31, 2021.

9. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been followed.

10. A Justice Department referral, as defined by Section 7602(d)(2) of the Internal Revenue Code of 1986, as amended, is not in effect with respect to Douglas F. Martin for the tax years under investigation.

I declare under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the foregoing is true and correct.

Executed this __28th__ day of ____November____, 2023.

_____
STEPHANIE REALE
Revenue Officer
Internal Revenue Service