**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
23-62324-CIV-COHN/VALLE

UNITED STATES OF AMERICA,

    *Petitioner*,

vs.

DOUGLAS F. MARTIN,

    *Respondent*.

## RESPONDENT'S RESPONSE TO THE UNITED STATES' PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

Respondent Douglas F. Martin hereby files a response to the IRS Petition to Enforce Internal Revenue Service Summons (DE 1):

1. On December 8, 2023, this Court entered an Order to Show Cause requiring the Respondent to file and serve a written response to the Petition within five days of being served a copy of the Order to Show Cause.

2. On December 19, 2023, this Court extended Respondent's deadline to respond to the Petition to January 8, 2024.

3. Since being retained in the middle of December, Respondent, through undersigned counsel, has been diligently working to determine whether he has any documents that are responsive to the Summons at issue in this case.

4. Respondent and the Government have had discussions regarding the scope of the Summons and what must be done to comply with the Summons.

5.  Respondent is hopeful that prior to the currently scheduled January 23, 2024, hearing, the Parties will be able to resolve all outstanding issues pertaining to the pending Summons.

Dated: January 8, 2024

Respectfully submitted,

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**

*/s/ Jeffrey Neiman*
**Jeffrey Neiman**
Florida Bar. No. 544469
jneiman@mnrlawfirm.com
**Derick Vollrath**
Florida Bar No. 126740
dvollrath@mnrlawfirm.com

100 Southeast Third Avenue
Suite 805
Fort Lauderdale, FL 33394
Telephone:  (954) 462-1200
Facsimile:   (954) 688-2492

*Counsel for Respondent*